IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUNIL MASSON | * |
| and | * |
| VITAMIN CONCEPTS INC. | * |
| Plaintiff | * |
| | * CA: 05-1521 |
| v. | * |
| GNC FRANCHISING LLC, GENERAL NUTRITION CORP., and GENERAL NUTRITION DISTRIBUTION CORP., | * |
| Defendants. | * |

**ORDER**

THIS MATTER having come before the Court on motion of the Plaintiffs Sunil Masson and Vitamin Concepts Inc, through its counsel, and the Court having considered the pleadings filed, arguments of counsel, if any, and for good cause shown, it is on this 10t day of Nov, 2005, hereby

ORDERED that the Motion for Temporary Injunction enjoining Defendants from entering Plaintiffs' premises to operate Plaintiffs' stores is GRANTED. A hearing on plaintiff's request for an injunction will be held on November 17, 2005 at 11 AM before the undersigned.

U.S. District Court Judge

12